UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAM WONG,

        Plaintiff,

  v.

BARRY CALLEBAUT,

        Defendant.

Case No. 15-cv-02081-JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has received and considered the parties' joint case management statement. The Court HEREBY CONTINUES the case management conference from August 14, 2015 to November 13, 2015. The parties shall file an updated case management conference statement by November 6, 2015, in which they shall included proposed dates for: designations of experts, discovery cut-off (fact and expert), hearing of dispositive motions, pretrial and trial. The parties shall consult this Court's Guidelines for Civil Jury trials prior to proposing those dates, so that they are familiar with the Court's requirements for and deadlines for pretrial filings.

The parties shall file any amended pleadings by no later than September 30, 2015.

**IT IS SO ORDERED.**

Dated: August 7, 2015

JEFFREY S. WHITE
United States District Judge