UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WONG,<br>    Plaintiff,<br><br>    v.<br><br>BARRY CALLEBAUT,<br>    Defendant. | Case No. 15-cv-02081-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has received the parties' joint case management conference statement. In their case management conference statement, the parties request that the Court vacate the case management conference in light of the settlement. The Court HEREBY ADVISES the parties that any request for relief from the Court should be made by way of a stipulation and proposed order, an administrative motion, or a regularly noticed motion.

However, the Court appreciates the parties' efforts to resolve this matter, and because the Court does not wish to disturb the parties' settlement, it shall CONTINUE the case management conference from November 13, 2015 to January 15, 2016 at 11:00 a.m. The parties' updated joint case management statement shall be due on January 8, 2016. If the parties file a dismissal before January 8, 2016, the Court shall terminate the case no further appearances shall be required.

//
//
//
//
//
//

1 | If the parties require additional time to document the settlement and are unable to dismiss
2 | this matter by January 8, 2016, they may request a further continuance from the Court.
3 | **IT IS SO ORDERED.P**
4 | Dated: November 10, 2015

JEFFREY S. WHITE
United States District Judge