UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM WONG,<br><br>           Plaintiff,<br><br>   v.<br><br>BARRY CALLEBAUT,<br><br>           Defendant. | Case No.  15-cv-02081-JSW<br><br>**ORDER TO SHOW CAUSE RE NOTICE OF DISMISSAL**<br><br>Re: Docket No. 25 |

The Court has received the parties' stipulation to dismiss this case, pursuant to a Confidential Settlement Agreement.  As part of their stipulation, the parties agree that "the Court shall retain jurisdiction over this action following its dismissal for the sole purpose of enforcing the parties' settlement."  (Docket No. 25, Joint Stipulation to Dismiss at 2:13-16.)

The Court does not wish to disturb the parties' resolution of this matter.  However, federal courts are courts of limited jurisdiction, and the parties have not proffered any facts to show why the Court *should* retain jurisdiction.

Accordingly, the parties are HEREBY ORDERED TO JOINTLY SHOW CAUSE as to why the Court should retain jurisdiction and why it should do so for an unlimited duration of time. The parties' joint response shall be due by December 15, 2015.

**IT IS SO ORDERED.**

Dated:  December 8, 2015

JEFFREY S. WHITE
United States District Judge